**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
MAY 27 2025
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

TAMMY H. DOWNS, CLERK

2025 MAY 27  A 9: 56

**IN THE UNITED STATES DISTRICT COURT**

By: _____
DEP CLERK

TAMMY H. DOWNS

**FOR THE EASTERN DISTRICT OF ARKANSAS**
**_____ DIVISION**

**CASE NO.** 2:25-cv-00103-JM-PSH

Jury Trial: ☑ Yes ☐ No **Jury Demand**
**(Check One)**

## I.   Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.

A.   Name of plaintiff: **Cembrin Bernes**
ADC # **1217871**

Address: **P.O. Box 1630 - Melvern, AR. 72104**

Name of plaintiff: _____
ADC # _____

Address: _____

Name of plaintiff: _____
ADC # _____ This case assigned to District Judge Moody
and to Magistrate Judge Harris
Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.   Name of defendant: **DR. Kerstein**

Position: **Doctor**

Place of employment: **East Arkansas Regional Unit**

Address: **P.O. Box 970 Marianne, AR. 72360**

Name of defendant: **Jason Palmer**

Position: **Medical (Svcs) Manager**

-4-

Place of employment: East Arkanses Regional Unit

Address: P.O.Box 970 Marienne, AR-72360

Name of defendant: MS. Hatchett

Position: Health Service Administrator

Place of employment: (E.A.R.U)

Address: P.O.Box 970 Marienne, AR-72360

Name of defendant: Tracy Bennett

Position: Medical Provider

Place of employment: (E.A.R.U)

Address: P.O.Box 970 - Marienne, AR-72360

II.    Are you suing the defendants in:

☐    official capacity only
☐    personal capacity only
■    both official and personal capacity

III.    Previous lawsuits

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ✓    No ___

B.    If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.) Deliberate Indifference to Serious medical Needs and Conditions of Confinement See case No. 2:25-cv-00044

☐    Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: Dexter Payne et al.

_____

-5-

Defendants Continued ongoingly

MS. Sanders
Sergeant
(E.@.R.U)
P.O. Box 970
Marienne, AR. 72360

MS. Clinkscale
Nurse
(E.@.R.U)
P.O. Box 970
Marienne, AR. 72360

B. Johnson
Sergeant
(E.@.R.U)
P.O. Box 970
Marienne, AR. 72360

MS. Vanpelt
Director of Nurses
(E.@.R.U)
P.O. Box 970
Marienne, AR. 72360

MS. Rivers
Nurse
(E.@.R.U)
P.O. Box 970
Marienne, AR. 72360

MS. Middleton
Nurse
(E.@.R.U)
P.O. Box 970
Marienne, AR. 72360

MS. Byrd
Nurse
(E.@.R.U)
P.O. Box 970
Marienne, AR. 72360

DR. Kittrell
Psychiatrist
(E.@.R.U)
P.O. Box 970
Marienne, AR. 72360

# Defendants Continued Ongoingly

DR. RUSHETSKY
PSYCHOLOGIST
(E.@.R.U)
P.O. BOX 970
Marianne, AR. 72360

MS. Jones
Nurse
(E.@.R.U)
P.O. BOX 970
Marianne, AR. 72360

MS. Billingsly
Nurse
(E.@.R.U)
P.O. BOX 970
Marianne, AR. 72360

*End Of Defendants*

■   Court (if federal court, name the district; if state court, name the county):

**Eastern District of Arkansas**

☐   Docket Number: _____

■   Name of judge to whom case was assigned: **Kristine G. Beker**

■   Disposition: (for example: Was the case dismissed?  Was it appealed? Is it still pending?) **Still Pending** ■

■   Approximate date of filing lawsuit: **2·28·2025**

■   Approximate date of disposition: **5·28·2025**

IV.   Place of present confinement: **Ouachita River Unit (R.P.U)**

_____

V.   At the time of the alleged incident(s), were you:
(check appropriate blank)

_____   in jail and still awaiting trial on pending criminal charges

__✓__   serving a sentence as a result of a judgment of conviction

_____   in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

_____

VI.   The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit.  There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails.  Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A.   Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes _✓_   No ____

B.   Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

-6-

Yes ✓____    No ____

If not, why? _____

_____

VII.    Statement of claim

State here (as briefly as possible) the facts of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

MS. HATCHETT - DR. KERSTEIN - TRACY BENNETT - JASON PALMER - SGT. SANDERS MS. CLINKSCALE - SGT. JOHNSON - MS. VANPELT - MS. RIVERS - MS. MIDDLETON MS. BYRD - DR. KITTRELL - and - DR. RUSHEFSKY ALL Knew and/or SHOULD HAVE Known THAT THEY ALL DELIBERATELY SHOWED A CALLOUS DISREGARD TO PLAINTIFF BARNES QUALITY OF LIFE and STATE CREATED LIBERTY INTEREST THUS VIOLATING PLAINTIFF BARNES EIGHTH AMENDMENT RIGHT TO THE United STATES CONSTITUTION IN WAYS AS FOLLOWS: On 3·25·2025 I WAS PLACED IN THE (E·A·R·U-MAX) HELL CAGE ON SUICIDE WATCH DUE TO NOT BEING AFFORDED MEDICAL ATTENTION TO MY SERIOUS CHEST PAINS. DURING THE TIME PERIOD I WAS IN THE HELL CAGE I WAS HAVING MENTAL BREAKDOWNS and SWALLOWED A AA BATTERY IN FRONT OF NURSE CLINKSCALE and SGT· JOHNSON WHO DID NOT REPORT IT TO THEIR SUPERVISORS · LATER THAT DAY I SWALLOWED ANOTHER AA BATTERY IN FRONT OF SGT· SANDERS WHO ALSO DID NOT REPORT IT TO HER SUPERVISOR OR MEDICAL · I WAS Denied A X-RAY BY DR· KERSTEIN (H·S·A) MS· HATCHETT - and- TRACY BENNETT THAT MADE ME HAVE ANOTHER MENTAL BREAKDOWN and CUT MY NECK SEVERAL TIMES IN THE HELL CAGE ON CAMERA · MS· HATCHETT WALKED BY ME SEVERAL TIMES IN THE HELL CAGE ON CAMERA and IGNORED ME TELLING HER THAT I SWALLOWED 2 AA BATTERIES · LATER THAT DAY I WAS ESCORTED FROM THE MAX HELL CAGE TO ISO #1-7 Cell NEVER RECEIVING MEDICAL ATTENTION FOR THE BATTERIES THAT WAS INSIDE MY STOMACH · THE NEXT DAY ON 3·26·2025 THE P·M· PILL PASS NURSE BYRD WALKED RIGHT PASS MY DOOR IN ISO #1-7 Cell NOT NEVER GIVING ME MY PSYCHOTROPIC MEDICINE THAT REDUCES THE RISK OF SUICIDE ATTEMPTS FOR ME · AT LAST CHOW MY STOMACH WAS IN SEVERE EXCRUCIATING PAIN FROM THE 2 AA BATTERIES I SWALLOWED THE DAY BEFORE ON 3·25·2025 THAT WAS INTENTIONALLY and MALICIOUSLY ALLOWED TO REMAIN INSIDE MY STOMACH THE NEXT DAY ON 3·26·2025 BY THE RECKLESS - CARELESS - DISRESPECTFUL - UNPROFESSIONAL (WELLPATH) MEDICAL

\* Statement of Claim Continued Ongoingly \*

Yes ✓    No ____

If not, why? _____

_____

VII.    Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

PERSONELL FOR THE (A·D·C). ON 3·26·2025 @T LEST CHOW CPT· HUNT Came in my Cell To Feed me THAT'S WHEN I HAD ANOTHER SEVERE MENTAL BREAKDOWN HEARING VOICES Telling ▮▮▮ ME TO Jump OFF my Bed HEAD FIRST – SO I Followed Suit TAKING @ NOSE Dive STRAIGHT TO THE Ground @nd BUSTED my HEAD OPEN KNOCKing me UNCONSCIOUS in ISO#1-7 Cell on @udio Video FooTAge· DR·KITTRELL – DR·RUSHETSKY – JASON PALMER – NURSE HATCHETT @nd NURSE VANPELT @LL KNEW @nd/or "SHOULD HAVE KNOWN" THAT Being Denied my PSYCHE ▮▮▮ Meds BY NURSE BYRd would make me SUICIDAL· NURSE HATCHETT – JASON PALMER – NURSE VANPELT – NURSE RiVERS – NURSE MiDDLETON – NURSE BiLLingSLY – @nd – NURSE Jones @LL KNEW @nd/or ("SHOULD HAVE KNOWN") THAT THEY ViOLATED THE HiPPACRATiC OATH @nd MEDICAL Service PoLiCY C@using PL@inTi77 B@RNES iRREPERABLE HARM WHEN THEY @LL B@nded TogeTHER TO intenTionALLY @nd MALiCiOUSLY ignored 3 DAYS OUT OF THE 7 DAY ORDER DR·D@bb@KE gave TO THE(@·D·C)WELL P@TH ConTR@CT NURSES TO PROVide PL@inTi77 B@RNES @ DRY DRESSing CH@nge e@CH D@Y TO PRevenT @ B@CTeRiAL inFecTion FROM GeTTing in Wound on PL@inTi77 B@RNES RigHT Leg FOR 7 D@YS WHEN PL@inTi77 B@RNES W@S @T THE CHRIST· Vi@cenT HoSPiTAL in LiTTLE ROCK, AR TO GeT THE B@TTeRies OUT OF HiS STomACH· OUT OF 7-D@YZ PL@inTi77 B@RNES onLY Received @ DRY DRESSing CH@nge FOR (4) D@YS. 4·1·2025 – 4·2·2025 – @nd – 4·4·2025 @Re THE (3) D@YS PL@inTi77 B@RNES W@S intenTionALLY @nd M@LiCiOUSLY Denied MediCAL TReATmenT· On 4·1·25 DURing P·M· PiLL P@SS NURSE Jones Told ME TH@T NURSE RiVERS W@S Coming To CH@nge my DReSSing – BUT – TO NO @v@iL· 4·2·25 PL@inTi77 B@RNES Told NURSE MiDDLeTon He Needed @ DRESSing CH@nge @nd Wound CLe@ned – BUT – TO NO @v@iL· On 4·4·25 NO one C@me TO CH@nge my DRESSing· YOUR HONOR @LL OF THESE EvenTS @Re TRUE TH@T C@n Be PROven in @ M@TTeR OF minuTes on C@meR@/@udio Video FooT@ge· @LL (3) GRievance ComPL@inTS PL@inTi77 B@RNES @Re

# Statement of Claim Continued Ongoingly

Submitting with this suit are fully exhausted that the honest honorable Health Service Director Mrs. Aundrea Culcleager has finally found (with merit). She has also proven Defendant Jason Palmer to be a deceptive corrupted lying King - by repeatedly lying on (3) different grievance complaints saying that Plaintiff Barnes complaints have (No Merit) but when Director Culcleager did her supreme investigation she found all (3) of Plaintiff Barnes appeals (with merit) which was a finalized Director decision. Your honor all doctors nurses - providers - administrators - and security staff named herein intentionally ignored the fact that Plaintiff Barnes was bringing a serious medical need to their attention. All Defendants named herein knew of Mr. Barnes serious medical condition but intentionally and maliciously disregarded it. Your honor the Defendants named herein responses to Mr. Barnes serious medical need was so intentionally reckless - inadequate - and - inappropriate - that it could have easily resulted in Mr. Barnes death. The deliberate indifference actions to Plaintiff Barnes serious medical needs by Defendants named herein constitutes the unnecessary and wanton infliction of pain proscribed by the Eighth Amendment. The (E·A·R·U) Prison Doctor and prison guards denied Plaintiff Barnes access to medical care while disobeying the treatment orders by Dr. Dabbake. All Defendants named herein has demonstrated an objective and subjective component from deliberate indifferent practices to Mr. Barnes serious medical need. All parties named herein has knowingly disrespected and violated the law. Your honor even a layperson would have easily recognized the necessity for a doctor's attention in Mr. Barnes poor health condition mentally and physically. All parties named herein knew and/or ("should have known") they disregarded an excessive risk to Mr. Barnes health and safety. Your honor Plaintiff Barnes has cleared a substantial evidentiary threshold to show that the (E·A·R·U) medical staff and prison guards deliberately disregarded his needs by administering an maltreasance treatment. All parties knew a substantial risk of serious harm existed - and - intentionally failed to remedy the problem. All Defendants named herein has failed to supervise - train - obey - enforce and - respect - the State and Federal Law ... (True and Truth!!!)

## END OF STATEMENT YOUR HONOR

# STATEMENT OF FACTS

1.) On 3·25·2025 at approx. 5:20 a.m. Cpl. Griffin and Heerod approached me in cell 802. That's when I told both officers I was having severe chest pains - That's when Cpl. Griffin stated the following to me: ("I'm telling you Com-G they are not going to do nothing for you, Nurse Hatchett don't like you because you have been writing grievances on her, Bro you can go ahead and write me up because im not calling nobody down here for your chest pains.") That's when Cpl. Griffin and Heerod left my cell never returning. Please reserve and review Cell Block 8 video footage to support my claims.

2.) On 3·25·2025 @ few hours after (A·D·C) shift change Sgt. Graham and Sgt. Johnson came and got me out of 802 cell placing me on treatment precaution suicide watch in the max hell cage. My chest pains was so excruciating that I started having a mental breakdown and that's when I found 2 AA Batteries on the floor in the hell cage with a piece of rezor blade beside them. Nurse Clinkscale and Sgt. Johnson approached my hell cage - That's when I told Nurse Clinkscale I need medical attention for my chest pains - Can you please notify Nurse Hatchett about my poor health condition to see if I can get a X-Ray done on my chest and lungs. Nurse Clinkscale told me that she has no control over that and Dr. Kerstein said that Nurse Hatchett said that they not gone give me an X-Ray. That's when I swallowed one of the two batteries in front of Clinkscale and Sgt. Johnson face who both walked away from my hell cage never giving me medical attention for the battery I swallowed. All of this happened on video camera footage in the max hell cage.

3.) On 3·25·2025 Nurse Hatchett walked by me in the hell cage several times when I attempted to stop her to tell her that I need to speak with her about an medical emergency because I just swallowed a battery - That's when Nurse Hatchett stated the following: ("Barnes I dont have time") and kept walking. That's when I started having another mental breakdown hearing voices telling me to cut my neck open and swallow the other AA battery. That's when Sgt. Sanders walked by my cage and notified Capt. Lane on the radio telling him I cut my neck open - But - Never telling him that she seen me swallow a battery. Please reserve and review the max hell cage video camera footage on the above date to substantiate my claim of facts.

Pg. 1 of 3

STATEMENT OF FACTS Continued ONGOINGLY...

4.) On 3·25·█████ 2025 I was escorted that evening from the max hell cage to iso# 1-7 cell with two AA batteries inside my stomach with no medical attention - because Jason Palmer stated: ("Dr. Kerstein was notified about your condition and stated you were fine to send you back to your cell.") The next day on 3·26·2025 my chest and stomach was hurting so bad that I passed out unconscious on the floor and was woke up at a.m. pill pass by a cold pitcher of water that CPL· Fondren aggravated assaulted me with. That's when I seen Lt·Watson - Nurse Bell - and CPL· Fondren standing in front of my door - while CPL· Fondren was holding a pitcher in her hand laughing at my pain· I told Nurse Bell I was in pain - but - to no aveil· She just took my psyche meds out the pack and put them on the nasty unsanitized prison bar door and left out my cell - never notifying her supervisors about my serious medical need· ISO# 1-7 Cell audio video footage be the evidence to support my claims of facts·

5.) On 3·26·2025 the P·m· pill pass nurse Byrd deliberately and maliciously refused to give me my psyche meds that help me cope with the many suicidal thoughts that goes through my mind· Nurse Byrd refused - denied - and - deprived me of my psyche meds while I was on suicide watch with two AA batteries inside my stomach· When I did not get my medicine I had another mental breakdown hearing voices telling me to jump off my bed head first· at last chow dinner time when CPL· Hunt came in my cell I jumped off the bed head first taking a nose dive straight down on the hard concrete floor - busting my head open knocking me unconscious· I woke up in the ambulance being rushed to Forrest City hospital with officer Clash for a head injury - not for the AA battery's inside of my stomach· I had to tell the doctors at Forrest City hospital that I swallowed two AA-batteries and that is when they did a X-ray on my stomach and seen the two AA-batteries that was allowed to stay in my stomach unreported by the (E·A·R·U) medical staff since 3·25·2025· ISO#1-7 Cell audio video be the evidence to support my claims·

Pg· 2 of 3

# STATEMENT OF FACTS Continued Ongoingly

(6.) THAT NIGHT ON 3·26·2025 FORREST CITY HOSPITAL ADMITTED ME TO CHI St. VINCENT HOSPITAL in LITTLE ROCK, AR· TO GET THE TWO BATTERIES OUT OUT OF MY STOMACH· ON 3·28·2025 DR·DABBAKE DISCHARGED ME FROM CHI St· VINCENT HOSPITAL WITH A (7) DAY ORDER FOR THE (E·A·R·U) MEDICAL STAFF TO A DRY DRESSING CHANGE FOR THE WOUND ON MY RIGHT LEG AND LEFT RISK· 4·1·2025 - 4·2·2025 - 4·4·2025 ARE THE (3) DAYS OUT OF THE (7) DAY ORDER THAT THE WELL PATH MEDICAL PERSONELL DELIBERATELY AND MALICIOUSLY DENIED AND DEPRIVED ME MEDICAL TREATMENT· ON 4·1·2025 NURSE JONES TOLD ME AT P·M· PILL PASS THAT NURSE RIVERS ARE COMING TO CHANGE MY DRESSING -BUT- TO NO AVAIL· ON 4·2·2025 I TOLD NURSE MIDDLETON I NEEDED MY DRESSING CHANGE AND WOUNDS CLEANED -BUT- TO NO AVAIL· ALSO ON 4·4·25 NO one GAVE me A DRESSING CHANGE· THE ABOVE DATES ARE THE (3) DAYS THAT NOT one NURSE CHANGE MY DRESSING OR CLEAN MY WOUNDS TO PREVENT BACTERIAL INFECTIONS·

## End OF STATEMENT OF FACTS YOUR HONOR!

Pg. 3 of 3

VIII.   Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. MR. Bernes Went end Need The court to order ell Defendents Named Herein To compensate Him @ Totel of Eight Million, Eight Hundred Eighty Eight Thousend, Eight Hundred Eighty Eight Dollers, For violeting His Eighth emendment Right ceusing Him to Suffer Mentel-Physicel-end-Emotionel irreperable Herm. MR. Bernes Went end Need The Courts to order Him to Undergo @n Urgent Full Body Physicel Exeminetion @t en reel Free World Hospitel By Doctors Not Employed By The (A·D·C) to insure His Exeminetion Will Not Be Bies in @ny form or feshion. MR. Bernes Went @nd Need ⬛ The Court To order Him To Be immedietely Trensfer'd to @ Psychi@tric Prison

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct (See Next Page)

Executed on this __21st__ day of ___May_____, 20 __25__ .

_Cembrim Bernes_

_____

_____
Signature(s) of plaintiff(s)

– 8 –

# RELIEF CONTINUED ongoingly

HOSPITAL Facility to General Population where there is No Shortage of Staff in a less Stressful Setting to Receive the Treatment He Needs. MR. Barnes Moves the Court to Order (A.D.C) well Path Contracted Medical Personell to immediately Stop Denying and Depriving Prisoners Medical Treatment Because they do Not Want to Spend the Money to Send Prisoners to the Free World Hospital where they Can Get Cured and Professional Treatment. MR. Barnes Want and Need the Court to Order Him to Be Evaluated and Examined By Mental Health Professionals who are Not Employed By the Department of Corrections to insure that the Interviews would Not Be Biased. MR. Barnes Want and Need the Court to Serve Justice and Grant Him the Most Righteous Ruling with an Jury Demand on Judgement Day. MR. Barnes Pray that the God of Law and Order Provide Justice in the Heart of all Judges with the Equal Protection of Freedom-Justice-and-Equality of all life. Thank You - Your Honor Have a Blessed Day!! Peace!!!

*End of Relief Your Honor*

6(7

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center _____ E.@.K-M@X _____

Name _Cambrin Barnes_____

ADC# 147871____ Brks # ____838 Job Assignment __N/@____

| FOR OFFICE USE ONLY |
|---|
| GRV. # CAM2500 838 |
| Date Received: 4/14/25 |
| GRV. Code #: 601 |

X8/38

4·6·25 (Date) STEP ONE: Informal Resolution

4·11·25 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: __No @vail_____

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

_____

*Is this Grievance concerning Medical or Mental Health Services?* **YES** *If yes, circle one:* (medical) *or mental*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): On 3·25·2025 Nurse Hatchett - Dr. Kerstein - Tracy Bennett - Jason Palmer - Sgt. Senders - Nurse Clienksdale - @nd - Sgt. Johnson @ll knew @nd/or should have known that they collectively showed @ ccllous disregard to the tranquility of my life @nd sh@re cre@ted liberty interest in ways @s follows: In the @bove d@te in the Max Hall cage on c@mer@ I sw@llowed 2 AA b@tteries in front of Sgt. Johnson - Sgt. Senders - @nd Nurse Clienksd@le who did not report to their supervisors th@t I needed immedi@te medic@l @ttention while I w@s on suicide w@tch. I only w@nted @ X-R@y d@ne on my lungs @nd chest @re@ to cee wh@t w@s c@using the severe chest p@ins. I w@s denied @ X-R@y by Dr. Kerstein (H.S.@) - H@tchett - @nd - Tr@cy Bennett th@t m@de me h@ve @ ment@l bre@kdown @ttempting to kill myself bec@use I could not get medic@l @ttention. H@tchett w@lked by me sever@l times in the h@llc@ge on c@mer@ @nd ignored me telling her th@t I sw@llowed 2 AA b@tteries. I w@s escorted from the M@x h@llc@ge to ISO #1 - 7 cell never receiving medic@l @ttention for the b@tteries inside my stom@ch. @ll p@rties n@med herein h@s f@iled to supervise - tr@in - obey - N - enforce the Hippocr@tic O@th - N - Medic@l service policy.

B@rnes_____ 4·6·25_____
Inmate Signature                    Date

*If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on 4·8·25 (date), and determined to be **Step One** and/or an Emergency Grievance
No (Yes or No). This form was forwarded to medical or mental health? YES (Yes or No). If yes, name of the person in that department receiving this form: _Baylin Phillips_____ Date 4/9/25

Sgt. Hunt_____ 160331 Sgt Hunt 4·8·25
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including **dates**: M. earns you were seen teval by Lientscale RN on 3/25/25 for the abore claims. I personally spoke with nurse Clientscale regarding your claims at the time. She stated that you had been assessed & she spoke with Dr. Rutin & there was no clinical indication for orders at that time per the provider. — act at met time 4/9/25

_qttatmethtna 4/9/25_____ B@rnes 4·11·25 Received
Staff Signature & Date Returned        Inmate Signature & Date Received

This form was received on 4/11/25 (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: ___Hunt_____ Date: APR 21 2025
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: Deputy Director
If forwarded, provide name of person receiving this form: _____ Date: Correctional Programs Health & Correctional Programs

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

BARNES, CAMBRIN PID#:0220997 ADC#:147871A

Attachment IV
00

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

**INMATE NAME:** Barnes, Cambrin    **ADC #:** 147871    **GRIEVANCE #:** EAM25-00833

617 Your Grievance dated 4-6-2025, has been received and reviewed as well as your medical record to determine if medically necessary health care, as determined by your health care providers, has been provided to you.

You stated that "On 3-25-2025 Nurse H@tchett- Dr. Kerstein- Tr@cy Bennett- J@son P@lmer- Sgt. Sanders- Nurse Cli@nkscale - and Sgt. Johnson @ll knew and/or should h@ve known th@t they @ll @ctively showed @ c@llous disreg@rd to the ov@lity of my life @nd st@te cre@ted liberty interest in w@ys @s follows; On the @bove d@te in the m@x h@ll c@ge on c@mer@ I sw@llowed 2 AA b@tteries in front of Sgt. Johnson- Sgt. S@nders- and Nurse Clienksc@le who did not report to their supervisors th@t I needed immedi@te medic@l @ttention while I w@s on suicide w@tch. I only w@nted @ x-r@y done on my lungs and chest @re@ to cee w@t w@s c@using the severe chest p@ins. I w@s denied @ x-r@y by Dr. Kerstein (H.S.A) - H@tchett- @nd Tr@cy Bennett th@t m@de me h@ve a ment@l bre@kdown @ttempting to kill myself bec@use I could not get medic@l @ttention. H@tchett w@lked by me sever@l times in the h@ll c@ge on c@mer@ @nd ignored me telling her th@t I sw@llowed 2 AA b@tteries. I w@s escorted from the m@x h@ll c@ge to Iso #1-7 cell never receiving medic@l @ttention for the b@tteries inside my stom@ch. All p@rties n@med herein h@s f@iled to supervise -tr@in- obey- n - enforce the Hippocr@tic o@th -n- medic@l service policy."

Records reflect you were seen by Nurse Clinkscale for a wellness check on 3-25-25 for chest pains. During that encounter you stated to her that, Clinkscale if they don't buy the mouse thing, tell them I swallowed a battery and I need a chest x-ray." Dr. Kerstein was called and no orders were given at that time due to a normal EKG. Later that day you were seen by Nurse Middleton and it was a wellness check for cutting yourself with a razor. She noted that you had "7-8 superficial lac approx 1in to 11/2in long. Min amount of bleeding. Wound cleansed with NS and gauze. Unable to give dressing at this time due to pt being placed on treatment precaution. 2 old scabbed over wounds noted to forehead with no bleeding. Bilateral dark purple bruising present under eyes bilaterally. Multiple bruising and old wounds noted to lower extremities. Edema to lower extremities bilaterally. No redness or warmth present to lower extremities at this time. C/o a "rat crawling around in me". Continues to complain about swallowing a razor blade. No visible harm/injury noted to mouth. No laceration or wounds to tongue or cheeks. No active bleeding inside of mouth." You made a statement to the nurse that "On God I'm going to the hospital tonight." Dr. Kerstein was notified about your condition and stated you were fine to send you back to your cell. You were placed on treatment precautions due to continued threats of self-harm until mental health staff could see you in the morning to assess you. It is also noted that you refused to be placed in observation in the hall cage. There was no interaction with either HSA Hatchett or APN Bennett for the dates stated above.

In conclusion, Dr. Kerstein was notified of your condition and he determined that you did not need any further medical treatment after the two wellness checks.

Your grievance is without merit.

SIGNATURE OF HEALTH SERVICES
ADMINISTRATOR/MENTAL HEALTH SUPERVISOR OR
DESIGNEE

☑

*[signature]*

JASON PALMER, MEDICAL SVCS MANAGER
APR 17, 2025 14:41:38 CDT

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE?

MS. CULCLEGER WHY WOULD DR. KERSTEIN DO SOMETHING SO CRUEL @ND UNUSUEL @G@INST ME TH@T COULD H@VE GOT ME KILLED? W@T M@DE DR. KERSTEIN S@Y TH@T I W@S 7INE TO SEND ME B@CK TO THE CELL WHILE KNOWING I H@D 2 AA B@TTERIES INSIDE MY STOM@CH? WHY IS J@SON P@LMER ST@EDY TELLING @BOUT I SW@LLOWED @ R@ZOR WHEN IT'S WELL DOCUMENTED TH@T I SW@LLOWED TWO AA B@TTERIES ON C@MER@ IN 7RONT O7 CLINKSC@LE- JOHNSON- @ND SGT. S@NDERS WHO RE7USED TO GIVE ME MEDIC@L TRE@TMEN?

INMATE SIGNATURE

*Barnes*    4•20•25

If appealing, please submit both the Unit Level Grievance Form (Attachment I) and the Health Services Response (Attachment IV)

Received
APR 21 2025
Deputy Director
Health & Correctional Programs

Attachment VI
00

# DEPUTY/ASSISTANT DIRECTOR'S DECISION

| | | | | | | |
|---|---|---|---|---|---|---|
| **INMATE NAME:** | Barnes, Cambrin | **ADC #:** | 147871 | **GRIEVANCE#:** | EAM25-00833 |

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION:**

On April 6, 2025, you grieved "On 3-25-2025 Nurse H@tchett- Dr. Kerstein- Tr@cy Bennett- J@son P@lmer- Sgt. Sanders- Nurse Cli@nkscale - and Sgt. Johnson @ll knew and/or should h@ve known th@t they @ll @ctively showed @ c@llous disreg@rd to the ov@lity of my life @nd st@te cre@ted liberty interest in w@ys @s follows; On the @bove d@te in the m@x h@ll c@ge on c@mer@ I sw@llowed 2 AA b@tteries in front of Sgt. Johnson- Sgt. S@nders- and Nurse Clienksc@le who did not report to their supervisors th@t I needed immedi@te medic@l @ttention while I w@s on suicide w@tch. I only w@nted @ x-r@y done on my lungs and chest @re@ to cee w@t w@s c@using the severe chest p@ins. I w@s denied @ x-r@y by Dr. Kerstein (H.S.A)- H@tchett- @nd Tr@cy Bennett th@t m@de me h@ve a ment@l bre@kdown @ttempting to kill myself bec@use I could not get medic@l @ttention. H@tchett w@lked by me sever@l times in the h@ll c@ge on c@mer@ @nd ignored me telling her th@t I sw@llowed 2 AA b@tteries. I w@s escorted from the m@x h@ll c@ge to Iso #1-7 cell never receiving medic@l @ttention for the b@tteries inside my stom@ch. All p@rties n@med herein h@s f@iled to supervise -tr@in- obey- n - enforce the Hippocr@tic o@th -n- medic@l service policy."

The medical department responded, "Records reflect you were seen by Nurse Clinkscale for a wellness check on 3-25-25 for chest pains. During that encounter you stated to her that, Clinkscale if they don't buy the mouse thing, tell them I swallowed a battery and I need a chest x-ray." Dr. Kerstein was called and no orders were given at that time due to a normal EKG. Later that day you were seen by Nurse Middleton and it was a wellness check for cutting yourself with a razor. She noted that you had "7-8 superficial lac approx 1in to 1 1/2in long. Min amount of bleeding. Wound cleansed with NS and gauze. Unable to give dressing at this time due to pt being placed on treatment precaution. 2 old scabbed over wounds noted to forehead with no bleeding. Bilateral dark purple bruising present under eyes bilaterally. Multiple bruising and old wounds noted to lower extremities. Edema to lower extremities bilaterally. No redness or warmth present to lower extremities at this time. C/o a "rat crawling around in me". Continues to complain about swallowing a razor blade. No visible harm/injury noted to mouth. No laceration or wounds to tongue or cheeks. No active bleeding inside of mouth." You made a statement to the nurse that "On God I'm going to the hospital tonight." Dr. Kerstein was notified about your condition and stated you were fine to send you back to your cell. You were placed on treatment precautions due to continued threats of self-harm until mental health staff could see you in the morning to assess you. It is also noted that you refused to be placed in observation in the hall cage. There was no interaction with either HSA Hatchett or APN Bennett for the dates stated above. In conclusion, Dr. Kerstein was notified of your condition and he determined that you did not need any further medical treatment after the two wellness checks. Your grievance is without merit."

Your appeal states "Ms. Culcl@ger why would Dr. Kerstein do something so cruel @nd unusu@l @g@inst me th@t could h@ve got me killed? W@t m@de Dr. Kerstein s@y th@t I w@s fine to send me b@ck to the cell while knowing I h@d 2 AA b@tteries inside my stom@ch? Why is J@son P@lmer ste@dy t@lking @bout I sw@llowed @ r@zor when it's well documented th@t I sw@llowed two AA b@tteries on c@mer@ in front of Clinksc@le-Johnson-@nd Sgt. S@nders who refused to give me medic@l tre@tment?"

A statement was obtained from Sgt. Sanders who stated that you said you were going to swallow a battery and then put your hand to your mouth, but she could not say whether you actually swallowed anything. A statement could not be obtained from "Sgt. Johnson" as there is no sergeant by the name of Johnson at your unit. Medical should have done an x-ray or had you go through a body scanner since you stated you swallowed batteries and it was unclear to the officers what you actually swallowed; therefore, this appeal is with merit.

DIRECTOR

*Aundrea Culclager*    5/1/2025

Please be advised that if you appeal this decision to the U.S. District Court, a copy of this Chief Deputy/Deputy/Assistant Director's Decision must be attached to any petition or complaint or the Court may dismiss your case without notice. You may also be subject to paying filing fees pursuant to the Prison Litigation Act of 1995.

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center __E·@·R- MCX__     ISO L7

Name __C@MBRin Bernes__

ADC# __147871__    Brks # __150#1-7__ Job Assignment __N/A__

| FOR OFFICE USE ONLY |
| --- |
| GRV. # EAmy25- 00806 |
| Date Received: 4/14/25 |
| GRV. Code #: 600 |

__4·6·25__ (Date) STEP ONE: Informal Resolution

__4·9·25__ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: The Camere in 1.50#1-7 Cell Gone Show I Never Refused my medicine on 3·26·25 Bus? Listen to the @udio video.

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

_____

*Is this Grievance concerning Medical or Mental Health Services?* __Yes__ *If yes, circle one:* medical *or mental*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): On 3·26·2025 The P.m. Pill Nurse Walked Right By my Door in iso# 1-7 Cell Not Never Giving me my PSCHOTROPiC meds ther Reduces the Risk of Suicide @ttempts for me. @t L@st Chow my Stomach Wes Hurting very Bad from the 2 AA Betteries I Swallowed on 3·25·2025 ther wes intentionelly @llowed to Remein inside my Stomech on 3·26·2025 BY the unprofessionel well Path Medicel Personell for the (@·D·C). On 3·26·25 @t L@st Chow CPI· Hunt Came in my Cell to feed me ther's when I st@rted to Heer Voices telling me to Jump off my Bed Heed first- So I followed Suit @nd Busted my Heed open Knocking me unconscious in £so# 1-7 Cell on @udio video footage. I woke up in the @mbulence Being Rushed to forrest City Hospitel with CPI· CL@SH· DR·Kitrell- DR·Rushefsky- Aundree Curcleger- Sason Pelmer- Nurse Hetchett- @nd- Nurse Venpelt @ll Knew @nd/or should have known ther Being Denied my Psyche Meds Would meke me Suicidel· @ll Perties Nemed Here in Hes Showed @ Cellous Disregerd to the zuelity of my Life @nd Stete Creeted Liberty interest· (L·M·S) Hospitel sent me to CHI St·vincent in Little Rock, @RK· to get @ Ct· Sc@n on my Heed @nd to get the AA Betteries out of my Stomech· DR·DebBcke and NS· Zlueen @t the CHI St· Vincent Hospitel Be my Witnesses· It is Cleer ther the Well Path Personell went to cee me Deed·

__Bernes__                                   __4·6·2025__
Inmate Signature                          Date

*If you are harmed,threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on __4-7-25__ (date), and determined to be Step One and/or an Emergency Grievance __N__ (Yes or No). This form was forwarded to medical or mental health? __Medical__ (Yes or No). If yes, name of the person in that department receiving this form: __S, LPN__ Date __4/7/25__

__E·L·khry__         __71710__        __E. hf__         __4-7-25__
PRINT STAFF NAME (PROBLEM SOLVER)    ID Number    Staff Signature       Date Received

Describe action taken to resolve complaint, including **dates**: Ms emms, ya refund your 3 p.m. PM meds. Your meds are not forced nsur. You are given a direct request to Teke meds, if you do not thect is a refusel. —artatmettnA

__artatmett ctn4  4/8/25__                      __Bernes     4·9·25__     __4/9/25__
Staff Signature & Date Returned               Inmate Signature & Date Received

This form was received on __7-9-25__ (date), pursuant to Step Two. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: __S.P Palmer__ Date: __4-9-25__
Action Taken: __Main InWeng__ (Forwarded to Grievance Officer) Date: __4-9-25__
If forwarded, provide name of person receiving this form: _____ Date: _____

----

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

Received    APR 24 2025

Deputy Director
Health & Correctional Programs         ADCF-15    www.aclcatalog.com

BARNES, CAMBRIN PID#:0220997 ADC#:147871A

Attachment IV
00

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

**INMATE NAME:** Barnes, Cambrin    **ADC #:** 147871    **GRIEVANCE #:** EAM25-00826

608 Your Grievance dated 4-6-2025, has been received and reviewed as well as your medical record to determine if medically necessary health care, as determined by your health care providers, has been provided to you.

You stated that "On 3-26-2025 the p.m. pill nurse w@lked right by my door in iso#1-7 cell not never giving me my psychotropic meds th@t reduces the risk of suicide @ttempts for me. @t l@st chow my stom@ch w@s hurting very b@d from the 2 @@ b@tteries I sw@llowed on 3-25-2025 th@t w@s intention@lly @llowed to rem@in inside my stom@ch on 3-26-2025 by the unprofession@l WellP@th medic@l personnel for the (@.D.C.). On 3-26-25 @t l@st chow Cpl. Hunt c@me in my cell to feed me th@t's when I st@rted to he@r voices telling me to jump off my bed he@d first-so I followed suit @nd busted my he@d open knocking me unconscious in ISO#1-7 cell on @udio video foot@ge. I woke up in the @mbul@nce being rushed to Forrest City Hospit@l with Cpl. Cl@sh-Dr. Kitrell-Dr. Rushefsky-@undre@ Culcl@ger-J@son P@lmer-Nurse H@tchett @nd Nurse V@npelt @ll knew @nd /or should h@ve known th@t being denied my psyche meds would m@ke me suicid@l. @ll p@rties n@med here in h@s showed @ c@llous disreg@rd to the qu@lity of my life @nd st@te cre@ted liberty interest. (U.M.S) Hospit@l sent me to Chi St. Vincent in Little Rock, @rk to get @ Ct. Sc@n on my he@d @nd to get the @@ b@tteries out of my stom@ch. Dr. D@bb@k@ @nd Ms. Queen @t the Chi St. Vincent Hospit@l be my witness. It is cle@r th@t the WellP@th personnel w@nt to cee me de@d."

Records reflect you were seen by Nurse Byrd and you were offered your medication during the PM pill call on 3-26-25. You are taking a mental health medication and you are not required to be forced to take your medication when offered.

In conclusion, your medication is not a forced medication and if you refuse the medication the nurse is not forced to make you take it. You refused the medication during the 3-26-25 pill call.

Your grievance is without merit.

SIGNATURE OF HEALTH SERVICES
ADMINISTRATOR/MENTAL HEALTH SUPERVISOR OR
DESIGNEE

☑

JASON PALMER, MEDICAL SVCS MANAGER
APR 21, 2025 15:13:41 CDT

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? MS·CULCL@GER PL@@SC Review ISO# 1-7 Cell @T P·M·Pill P@SS DN @udio video C@MeRe 7oo↑@ge @nd Cee Do you He@R me Re7using To T@Ke my medic@Tion @T @NY Time· MS·CULCL@GeR NuRSe BYrd @nd J@SON P@LMeR H@S 7@LSi7ied @ Lie on Record Bec@use I NeveR Re7usc To T@Ke my PSYCHe meds @nd THeR'S ON C@meRe· So PLe@Sc ReSeRve @nd Review ISO#1-7Cell @udio video 7oo↑@gc on 3·26·2025 @T P·M· Pill P@SS @nd Teii me Do you Cee oR He@R me Re7using my PSYCHe meds ·(Lying Kings)

INMATE SIGNATURE

Barnes 4·21·25

If appealing, please submit both the Unit Level Grievance Form (Attachment I) and the Health Services Response (Attachment IV)

Received

APR 24 2025

Deputy Director
Health & Correctional Programs

Attachment VI
00

# DEPUTY/ASSISTANT DIRECTOR'S DECISION

| **INMATE NAME:** | Barnes, Cambrin | **ADC #:** | 147871 | **GRIEVANCE#:** | EAM25-00826 |
|---|---|---|---|---|---|

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION:**

On April 6, 2025, you grieved "On 3-26-2025 the p.m. pill nurse w@lked right by my door in iso#1-7 cell not never giving me my psychotropic meds th@t reduces the risk of suicide @ttempts for me. @t l@st chow my stom@ch w@s hurting very b@d from the 2 @@ b@tteries I sw@llowed on 3-25-2025 th@t w@s intention@lly @llowed to rem@in inside my stom@ch on 3-26-2025 by the unprofession@l WellP@th medic@l personnel for the (@.D.C.). On 3-26-25 @t l@st chow Cpl. Hunt c@me in my cell to feed me th@t's when I st@rted to he@r voices telling me to jump off my bed he@d first-so I followed suit @nd busted my he@d open knocking me unconscious in ISO#1-7 cell on @udio video foot@ge. I woke up in the @mbul@nce being rushed to Forrest City Hospit@l with Cpl. Cl@sh-Dr. Kitrell-Dr. Rushefsky-@undre@ Culcl@ger-J@son P@lmer-Nurse H@tchett @nd Nurse V@npelt @ll knew @nd /or should h@ve known th@t being denied my psyche meds would m@ke me suicid@l. @ll p@rties n@med here in h@s showed @ c@llous disreg@rd to the qu@lity of my life @nd st@te cre@ted liberty interest. (U.M.S) Hospit@l sent me to Chi St. Vincent in Little Rock, @rk to get @ Ct. Sc@n on my he@d @nd to get the @@ b@tteries out of my stom@ch. Dr. D@bb@k@ @nd Ms. Queen @t the Chi St. Vincent Hospit@l be my witness. It is cle@r th@t the WellP@th personnel w@nt to cee me de@d.'

The medical department responded, "Records reflect you were seen by Nurse Byrd and you were offered your medication during the PM pill call on 3-26-25. You are taking a mental health medication and you are not required to be forced to take your medication when offered. In conclusion, your medication is not a forced medication and if you refuse the medication the nurse is not forced to make you take it. You refused the medication during the 3-26-25 pill call. Your grievance is without merit."

Your appeal states "Ms. Culclager please review ISO #1-7 cell at P.M. pill pass on audio video camera footage and cee do you hear me refusing to take my medication at any time. Ms. Culclager Nurse Byrd and Jason Palmer has falsified a lie on record because I never refuse to take my psyche meds and that's on camera. So please reserve and review ISO #1-7 cell audio video footage on 3.26.2025 at P.M. pill pass and tell me do you cee or hear me refusing my psyche meds. (Lying kings)"

A review of your electronic medical record indicates you were taken to the hospital around 4:30 PM on March 26, 2025 and did not return until March 28, 2025; therefore, you were not present to refuse your medications. Prior to your head injury, nursing staff is seen stopping by your cell during rounds.

Due to improper documentation concerning your mental health medications, this appeal is with merit.

DIRECTOR

*Aundrea Culclager*    5/1/2025

Please be advised that if you appeal this decision to the U.S. District Court, a copy of this Chief Deputy/Deputy/Assistant Director's Decision must be attached to any petition or complaint or the Court may dismiss your case without notice. You may also be subject to paying filing fees pursuant to the Prison Litigation Act of 1995.

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center ___E.O.R - MCX___

Name ___Camarin Barnes___

ADC# ___147871___ Brks # ___550 1-7___ Job Assignment ___N/C___

| FOR OFFICE USE ONLY |
|---|
| GRV. # EAM25-00863 |
| Date Received: 4-11-25 |
| GRV. Code #: 600 |

___4·6·25___ (Date) STEP ONE: Informal Resolution

___4·10·25___ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: ___No avail.___

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

_____

*Is this Grievance concerning Medical or Mental Health Services?* ___Yes___ *If yes, circle one:* (medical) *or mental*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): Nurse Hatchett - Jason Palmer - Ms. Venpelt Nurse Rivers - Nurse Middleton - and- Nurse Billingsly @ll knew and/or "should Have Known" then they violated the hippocratic oath and medical service policy causing me irrepereable harm when they @ll banded together to ignore the 7-day order Dr. Debboko gave to the (C.D.C) wellpath contract nurses to clean the wound on my right leg for 7 days when I was @t the CHI St. Vincent Hospital in Little Rock @ Rkenses. Out of 7-days I only received medical treatment for ▮▮▮ 4-days. 4·1·25 - 4·2·25 - and- 4·4·25 @re the 3 days that I was intentionally and maliciously denied medical treatment. On 4·1·25 during P.M. Pill pass Nurse Jones told me that Nurse Rivers was coming to clean my wounds but to no avail. On 4·2·25 I told Nurse Middleton I need my wounds cleaned - but no no avail. Ms. Culcleger wats Being done to me is not just wrong, it is outright Evil. Please reserve and review ESO # 1-7 cell audio video footage to see how im Being ongoingly denied medical treatment. The malfeasence practices By wellpath medical personnel has caused me to suffer irrepereable harm - mental agony- and- physical distress. ▮▮ facts!!

___Barnes___
Inmate Signature

___4·6·25___
Date

*If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on ___4 7 2___ (date), and determined to be Step One and/or an Emergency Grievance ___ (Yes or No). This form was forwarded to medical or mental health? ___ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

_____ ___7·0·0___ _____ _____
PRINT STAFF NAME (PROBLEM SOLVER)  ID Number  Staff Signature  Date Received

Describe action taken to resolve complaint including dates: **Received** _____

_____

APR 24 2025

_____ ___Barnes___ ___4·10·25___
Staff Signature & Date Returned  Deputy Director  Inmate Signature & Date Received
Health & Correctional Programs

This form was received on ___4/11/25___ (date), pursuant to Step Two. Is it an Emergency? ___ (Yes or No).
Staff Who Received Step Two Grievance: ___SJ.Ha___ Date: ___4/11/25___
Action Taken: ___Not Resolve___ (Forwarded to Grievance Officer/Warden/Other) Date: ___4/11/25___
If forwarded, provide name of person receiving this form: _____ Date: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

ADCF-15    www.acicatalog.com

BARNES, CAMBRIN PID#:0220997 ADC#:147871A

Page 1 of 1

Printed: 04/21/2025 01:02 PM

Attachment IV
00

# HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

**INMATE NAME:** Barnes, Cambrin          **ADC #:** 147871          **GRIEVANCE #:** EAM25-00813

653 Your Grievance dated 4-6-2025, has been received and reviewed as well as your medical record to determine if medically necessary health care, as determined by your health care providers, has been provided to you.

You stated that "Nurse H@tchett-J@son Pl@mer -Ms. V@npelt Nurse Rivers-Nurse Middleton-@nd Nurse Billingsly @ll knew @nd/or should h@ve know th@t they viol@ted the Hipp@cr@tic O@th @nd medic@l service policy c@using me irrep@r@ble h@rm when they @ll b@nded together to ignore the 7-D@y order Dr. D@bb@k@ g@ve to the (@.D.C) WellP@th contr@ct nurses to cle@n the wound on my right leg for 7 d@ys when I w@s @t the Chi St. Vincent Hospit@l in Little Rock @rk@ns@s.  Out of 7-d@ys I only received medic@l tre@tment for 4-d@ys. 4-1-25-4-2-25-@nd -4-4-25 @re the 3 d@ys th@t I w@s intention@lly @nd m@liciously denied medic@l tre@tment. On 4-1-25 during p.m. pill p@ss Nurse Jones told me th@t Nurse Rivers w@s coming to cle@n my wounds but to no @v@il. On 4-2-25 I told Nurse Middleton I need my wounds cle@ned but to no @v@il.  Ms. Culcl@ger w@ts being done to me is not just wrong, it is outright evil.  Ple@se reserve @nd review ISO#1-70 cell @udio video foot@ge to cee how im being ongoingly denied medic@l tre@tment.  The m@lfe@s@nce pr@ctices by WellP@th medic@l personnel h@s c@used me to suffer irrep@r@ble h@rm-ment@l @gony @nd-physic@l distress. F@cts!!"

Records reflect your treatment orders were for 7 days and that you would be provided a dry dressing each day. The treatment orders say nothing about cleansing the wound as documented in the outcount return from 3-28-25. It is documented that you received your dry dressing for each of the 7 days that it was ordered for.

In conclusion, you received your dry dressing that was in your treatment order.

Your grievance is without merit.

SIGNATURE OF HEALTH SERVICES
ADMINISTRATOR/MENTAL HEALTH SUPERVISOR OR
DESIGNEE

☑

JASON PALMER, MEDICAL SVCS MANAGER
APR 21, 2025 13:02:46 CDT

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? MS·Culcleger These records Jason Palmer @re relying on @re f@lse. Ple@se reserve @nd review ISO # 1-7 cell @udio video footage on 4·1·25 - 4·2·25 -@nd- 4·4·25 @nd cee w@s I provided @ ("DRY Dressing") @t @ny time on the @bove d@tes. MS·Culcleger These evil he@rted - Devilish minded- Popul@tion of people @re psychotic - Thers Getting @w@y with ▓▓▓ f@lsifying st@te documents To hide @nd cover up They foul Pl@y @nd filthy @ff@irs "Pure Devilz"

INMATE SIGNATURE

B@rnes    4·21·25

If appealing, please submit both the Unit Level Grievance Form (Attachment I) and the Health Services Response (Attachment IV)

Received

APR 24 2025

Deputy Director
Health & Correctional Programs

Attachment VI
00

# DEPUTY/ASSISTANT DIRECTOR'S DECISION

| | | | | | | |
|---|---|---|---|---|---|---|
| **INMATE NAME:** | Barnes, Cambrin | **ADC #:** | 147871 | **GRIEVANCE#:** | EAM25-00813 |

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION:**
On April 6, 2025, you grieved "Nurse H@tchett-J@son Pl@mer -Ms. V@npelt Nurse Rivers-Nurse Middleton-@nd Nurse Billingsly @ll knew @nd/or should h@ve know th@t they viol@ted the Hipp@cr@tic O@th @nd medic@l service policy c@using me irrep@r@ble h@rm when they @ll b@nded together to ignore the 7-D@y order Dr. D@bb@k@ g@ve to the (@.D.C) WellP@th contr@ct nurses to cle@n the wound on my right leg for 7 d@ys when I w@s @t the Chi St. Vincent Hospit@l in Little Rock @rk@ns@s. Out of 7-d@ys I only received medic@l tre@tment for 4-d@ys. 4-1-25-4-2-25-@nd -4-4-25 @re the 3 d@ys th@t I w@s intention@lly @nd m@liciously denied medic@l tre@tment. On 4-1-25 during p.m. pill p@ss Nurse Jones told me th@t Nurse Rivers w@s coming to cle@n my wounds but to no @v@il. On 4-2-25 I told Nurse Middleton I need my wounds cle@ned but to no @v@il. Ms. Culcl@ger w@ts being done to me is not just wrong, it is outright evil. Ple@se reserve @nd review ISO#1-70 cell @udio video foot@ge to cee how im being ongoingly denied medic@l tre@tment. The m@lfe@s@nce pr@ctices by WellP@th medic@l personnel h@s c@used me to suffer irrep@r@ble h@rm-ment@l @gony @nd-physic@l distress. F@cts!!"

The medical department responded, "Records reflect your treatment orders were for 7 days and that you would be provided a dry dressing each day. The treatment orders say nothing about cleansing the wound as documented in the outcount return from 3-28-25. It is documented that you received your dry dressing for each of the 7 days that it was ordered for. In conclusion, you received your dry dressing that was in your treatment order. Your grievance is without merit."

Your appeal states "Ms. Culcl@ger these records J@son P@lmer @re relying on @re f@lse. Ple@se reserve @nd review ISO #1-7 cell @udio video foot@ge on 4.1.25-4.2.25-@nd-4.4.25 @nd cee w@s I provided @ ('dry dressing') @t @nytime on the @bove d@tes. Ms. Culcl@ger these evil he@rted-devilish minded-popul@tion of people @re psychotic- th@t's getting @w@y with f@lsifying st@te documents to hide @nd cover up they foul pl@y @nd filthy @ff@irs. "Pure devilz""

A review of video footage for April 1, 2, and 4, 2025 do not indicate you were given a dry dressing during your interactions with nursing staff; therefore, this appeal is with merit.

DIRECTOR

*Aundrea Culclager* 5/1/2025

Please be advised that if you appeal this decision to the U.S. District Court, a copy of this Chief Deputy/Deputy/Assistant Director's Decision must be attached to any petition or complaint or the Court may dismiss your case without notice. You may also be subject to paying filing fees pursuant to the Prison Litigation Act of 1995.

# Certificate Of Service

The foregoing has been mailed to the U.S. District Court Clerk's Office

600 West Capitol Ave.
Suite A·149
Little Rock, AR·72201
Through the U.S. Postal Mail Service
on 5·21·2025

Cameron Barnes
#147871#
P.O. Box 1630
Malvern, AR·72104

Cambrin Barnes
#147871#
P.O. Box 1630
Malvern, AR. 72104



quadient
FIRST-CLASS MAIL
IMI
$002.87
05/22/2025 ZIP 72104
043M31260537
US POSTAGE

(U.S.D.C) Clerks Office
600 West Capitol Ave.
Suite A-149
Little Rock, AR. 72201