# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**CAMBRIN BARNES**                                                                              **PLAINTIFF**
*ADC #147871*

**v.**                                        **No: 2:25-cv-00103-JM-PSH**


**GARY KERSTEIN,** *et al.*                                                              **DEFENDANTS**


## <u>ORDER</u>

The Court has reviewed the Proposed Findings and Partial Recommendation submitted by

United States Magistrate Judge Patricia S. Harris.  No objections have been filed.  After careful

consideration, the Court concludes that the Proposed Findings and Partial Recommendation should

be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Barnes' motion for summary judgment (Doc. No.

29) is DENIED without prejudice.

IT IS SO ORDERED this 11th day of June, 2026

_____
UNITED STATES DISTRICT JUDGE